PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LULU'S FASHION LOUNGE, LLC, a Delaware entity d/b/a LULUS.COM,<br><br>    Defendants. | Case No. 2:23-cv-08083-FLA-KS<br><br>**NOTICE OF SETTLEMENT [L.R. 16-15.7]**<br><br>Complaint Filed: August 21, 2023<br>Removed: September 27, 2023 |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement.  It is anticipated that a request for dismissal will be filed within forty-five (45) days of the date of this Notice.

Dated:  October 5, 2023                    PACIFIC TRIAL ATTORNEYS


                                           By: */s/ Scott J. Ferrell*
                                               Scott J. Ferrell
                                               Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*

Scott J. Ferrell, Esq.