JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LULU'S FASHION LOUNGE, LLC,<br><br>                    Defendant. | Case No. 2:23-cv-08083-FLA (KSx)<br><br>**ORDER DISMISSING ACTION [DKT. 10]** |

1

On October 12, 2023, Plaintiff Miguel Esparza filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 10. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: October 17, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge